UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECRETARY OF HOUSING AND URBAN DEVELOPMENT**<br><br>                   **Plaintiff**<br><br>vs.<br><br>**LINDA ROBINSON AKA LINDA WRIGHT**<br>**And/or ANY AND ALL CURRENT OCCUPANTS**<br><br>                   **Defendants** | CIVIL NO. |

## COMPLAINT IN EJECTMENT

The Secretary of Housing and Urban Development, through its counsel, Michael McKeever of KML LAW GROUP, P.C., represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. 1345.

2. Plaintiff is Secretary of Housing and Urban Development.

3. Defendants are Linda Robinson A/k/a Linda Wright and Occupants.

4. On July 25, 2011, a mortgage was executed by Andrew J. Taylor, as mortgagor in favor of Mortgage Electronic Registration Systems, Inc., As Mortgagee, As Nominee for Generation Mortgage Company, Its Successors And Assigns as mortgagee and was recorded in Office of the Recorder of Deeds of Philadelphia County in Mortgage Instrument # 52376248. ("Mortgage").

5. The Mortgage encumbers property located at 1544 East Walnut Lane Philadelphia, PA 19138, parcel number 10-2-1505-00 ("Property").

6. The Mortgage was assigned to the Secretary of the United States Department of Housing and Urban Development.

7. Mortgagor/Record Owner Andrew J. Taylor died on 10/20/22 intestate and was survived by his heir-at-law, Linda Wright aka Linda Robinson.

8. There was a default in the covenants and conditions of the Mortgage.

9. A Notice of Default and Foreclosure Sale was sent by certified mail, return receipt requested and first-class mail, certificate of mailing, on July 31, 2024, to Defendants.

10. A foreclosure commissioner sale pursuant to the Single-Family Mortgage Foreclosure Act of 1994, 12 U.S.C. 3751 et seq., took place on September 17, 2024.

11. The Plaintiff purchased the Property at the Commissioner's sale on September 17, 2025, there were no other bidders.

12. Plaintiff is the bone fide purchaser for value and owner of Property located at 1544 East Walnut Lane, Philadelphia, PA 19138 by HUD Foreclosure Commissioner Deed recorded on October 22, 2024 at Document ID # 54354617. A true and correct copy of the recorded Foreclosure Commissioner Deed is Attached as Exhibit A.

13. Plaintiff is entitled to immediate possession of the Property.

13. The Defendants, Linda Robinson aka Linda Wright and Any And All Current Occupants, are occupying the Property without right, and without claim of title.

14. Plaintiff has demanded possession of the Property from the Defendants and OCCUPANTS, who have refused to deliver up possession of the same.

WHEREFORE, Plaintiff requests judgment for possession of the Property.

KML Law Group, P.C.

By: /s/Michael McKeever
Michael McKeever Esquire
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532
(610)662-4798 (Direct Phone)
mmckeever@kmllawgroup.com