### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECRETARY OF HOUSING AND : CIVIL ACTION
URBAN DEVELOPMENT :
: 
v. : NO.  26-418
:
LINDA ROBINSON :

## ORDER

**AND NOW**, this 1st day of June 2026, upon considering plaintiff's motion to dismiss

defendant's counterclaim and motion for judgment on the pleadings (DI 9), defendant's

opposition (DI 14), following our May 4, 2026 initial pretrial and oral argument conference, and

for reasons in the accompanying memorandum, it is **ORDERED** plaintiff's motion to dismiss

defendant's counterclaim and motion for judgment on the pleadings (DI 9) is **DENIED**.

_____
MURPHY, J.